# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS BRUCE ALLUMS,**<br>Plaintiff,<br>vs.<br>**DEPARTMENT OF JUSTICE, ET. AL.,**<br>Defendants. | CASE NO. 19-cv-04906-YGR<br><br>**ORDER RE: PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 14 |

On November 27, 2019, defendant City of Berkeley filed a motion to dismiss *pro se* plaintiff Dennis Bruce Allum's complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). (Dkt. No. 14.) A hearing is set on City of Berkeley's motion to dismiss for January 7, 2020. (*Id.*)

Under this Court's Civil Local Rule 7-3, plaintiff was required to file either an opposition to the motions to dismiss, or a notice that plaintiff does not oppose the motion. Civ. L.R. 7-3(a), (b). Plaintiff's response to the motion filed City of Berkeley was due on December 11, 2019. As of the date of this Order, plaintiff has filed neither an opposition nor a notice of non-opposition. As a result, the Court is considering dismissing plaintiff's lawsuit for failure to prosecute.

The Court hereby extends plaintiff's time to file his response. **Plaintiff shall file an opposition to defendant City of Berkeley's motion to dismiss (or a statement of non-opposition) by no later than <u>Tuesday, January 14, 2020</u>. Failure to file a response by that date will result in dismissal of this lawsuit for failure to prosecute**. Any reply to plaintiff's response must be filed not more than 7 days thereafter.

The Court further **VACATES** the hearing currently set for January 7, 2020. After briefing is complete, the Court may reset a hearing date for both motions if necessary.

The Court advises plaintiff that a Handbook for Pro Se Litigants, which contains helpful

information about proceeding without an attorney, is available in the Clerk's office or through the Court's website, http://cand.uscourts.gov/pro-se.

Assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse, located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California or the Oakland Courthouse, located at 1301 Clay Street, 4th Floor, Room 470S, Oakland, California; (2) call 415-782-8982; or (3) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

Dated: December 18, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**