UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS BRUCE ALLUMS,**<br>Plaintiff**,**<br>vs.<br>**DEPARTMENT OF JUSTICE, ET. AL.,**<br>Defendants**.** | CASE NO. 4:19-cv-04906-YGR<br><br>**ORDER RE: PLAINTIFF'S FAILURE TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 41, 42 |

On March 29, 2020 and March 31, 2020, defendants Bay Area Rapid Transit, Department of Justice, and Federal Bureau of Investigation filed motions to dismiss *pro se* plaintiff Dennis Bruce Allums' second amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. Nos. 41, 42.) A hearing is set on these motions for May 12, 2020. (*Id.*; *see also* Dkt. No. 43.)

Under this Court's Civil Local Rule 7-3, Allums was required to file either an opposition to the motions to dismiss, or a notice that Allums does not oppose the motion. Civ. L.R. 7-3(a), (b). Allums' response to the motion filed by Bay Area Rapid Transit was due on or before April 13, 2020. Allums' response to the motion filed by the Department of Justice and the Federal Bureau of Investigation was due on or before April 17, 2020. As of the date of this Order, Allums has filed neither an opposition nor a notice of non-opposition to these motions. As a result, the Court is considering dismissing Allums' lawsuit for failure to prosecute.

The Court hereby extends Allums' time to file his response. **Allums shall file an opposition to the pending motion to dismiss (or a statement of non-opposition) by no later than <u>Tuesday, May 19, 2020.</u> <u>Failure to file a response by that date will result in dismissal of this lawsuit for failure to prosecute</u>**. Any reply to Allums' response must be filed not more

than 7 days thereafter.

The Court further **VACATES** the hearing currently set for May 12, 2020.  After briefing is complete, the Court may reset a hearing date for both motions if necessary.

The Court advises Allums that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available in the Clerk's office or through the Court's website, http://cand.uscourts.gov/pro-se.

Assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service.  In light of the ongoing coronavirus disease (COVID-19) pandemic, the Help Center is only telephonically and electronically assisting individuals. To make an appointment with the Legal Help Center, you may: (1) call 415-782-8982; or (2) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

Dated: April 27, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**