# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS BRUCE ALLUMS,**<br>Plaintiffs,<br>vs.<br>**DEPARTMENT OF JUSTICE, ET. AL.,**<br>Defendants. | CASE NO. 4:19-cv-04906-YGR<br><br>**ORDER DENYING AS MOOT PLAINTIFF DENNIS BRUCE ALLUMS' ADMINISTRATIVE MOTION TO CHANGE DEADLINE FOR FILING**<br><br>Re: Dkt. No. 52 |

On May 21, 2020, the Court received Plaintiff Dennis Bruce Allums' administrative motion to change or extend the deadline for filing a response to the motions to dismiss. (Dkt. No. 52.) The Court notes that the envelope accompanying the administrative motion is dated April 14, 2020. (Dkt. No. 52-1 at 1.)

Having received no response by Allums to the motions to dismiss, the Court *sua sponte* extended the time for Allums to file a response to the motions to dismiss to May 19, 2020. (Dkt. No. 45 (order dated April 27, 2020).) Allums has since filed an opposition to both motions to dismiss. (Dkt. Nos. 48, 49.)

Accordingly, in light of the Court's extension, as well as the fact that Allums has already filed oppositions to the motions to dismiss, the admin motion to change the deadline for filing a response is **DENIED AS MOOT**.

This Order terminates Docket Number 52.

**IT IS SO ORDERED.**

Dated: June 2, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**