**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DENNIS BRUCE ALLUMS,**<br>Plaintiffs,<br>vs.<br>**DEPARTMENT OF JUSTICE, ET. AL.,**<br>Defendants. | CASE NO. 4:19-cv-04906-YGR<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**<br><br>Re: Dkt. No. 63 |

The Court had previously granted a motion to dismiss (Dkt. No. 56), which plaintiff Dennis Bruce Allums had timely appealed to the Ninth Circuit. (Dkt. Nos. 56, 58.) The Ninth Circuit thereafter in January 2021 dismissed the appeal due to Allums' failure to prosecute, but subsequently reinstated the case on July 12, 2021. (*See* Dkt. Nos. 59 and 64.) On July 9, 2021, Allum filed a motion for extension of time to serve defendants. (Dkt. No. 63.) Notably, the motion is captioned as being filed with the Ninth Circuit Court of Appeals. (*Id*. at 1.)

Allums' motion is not well taken or appropriate in this Court. Allums' request for an extension relates to filings before the Ninth Circuit, and not this Court. The motion otherwise identifies no error which would support setting aside the judgment under Federal Rule of Civil Procedure 60. In short, this is not the Court in which to request such relief. To the extent Allums meant to request such relief before the Ninth Circuit, he should do so before that court.

Accordingly, the motion for extension of time to serve defendants is **DENIED**.

This Order terminates Docket Number 63.

**IT IS SO ORDERED.**

Dated: July 30, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**